# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-20-00023-CV

### L. A. and T. A., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 298,086-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants L. A. and T. A. filed their notice of appeal on January 7, 2020.  The appellate record was complete January 17, 2020, making appellants' brief due February 6, 2020.  On February 5, 2020, counsel for appellants filed a motion for extension of time to file appellants' brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights.  *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition).  The accelerated schedule constrains this Court's leeway in granting extensions.  In this instance, we will grant the motion and order Natalie N. Fowler to file appellants' brief no later than February 26, 2020.  If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on February 11, 2020.

Before Chief Justice Rose, Justices Baker and Triana